NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

IN RE TRANSACTION HOLDINGS LTD., LLC

---

2011-1361
(Reexamination No. 90/008,323)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**AUTOMATED TRANSACTIONS, LLC,**
Plaintiff-Appellant,

v.

**IYG HOLDING CO., 7-ELEVEN, INC., VCOM FINANCIAL SERVICES, INC., AND CARDTRONICS USA, INC.,**
Defendants-Appellees.

---

2011-1492

---

Appeal from the United States District Court for the District of Delaware in case no. 06-CV-0043, Judge Sue L. Robinson.

---

## ON MOTION

Before SCHALL, *Circuit Judge.*

## ORDER

Transaction Holdings Ltd., LLC moves to expedite proceedings in 2011-1492 and moves to treat the above-captioned cases as companion cases for purposes of oral argument, with 2011-1492 being argued first. The appellees in 2011-1492 move for an extension of time, until December 5, 2011, to file their brief. Automated Transactions, LLC oppose in part. The appellees reply.

IT IS ORDERED THAT:

The motions are granted to the following extent: the cases will be treated as companion cases, with 2011-1492 to be argued first, and the appellees' brief is due no later than December 5, 2011. Further extensions should not be anticipated.

FOR THE COURT

OCT 2 8 2011

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Albert L. Jacobs, Jr., Esq.
Donald R. Dunner, Esq.
Raymond T. Chen, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 8 2011

JAN HORBALY
CLERK